UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACOB ISAIAH BODOH,

                Plaintiff,

        -against-

HAROLD L. SMITH, JR., JAIL ADMINISTRATOR,

                Defendant.

20-CV-8593 (LLS)

CIVIL JUDGMENT

    Pursuant to the order issued March 1, 2021, dismissing the complaint,

    IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

    IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   March 1, 2021
             New York, New York

                                            Louis L. Stanton
                                              U.S.D.J.